UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH NOLI CRANE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | 1:07-cv-00967-SMS<br><br>ORDER TO PLAINTIFF TO APPEAR AND SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TIMELY TO FILE AN OPENING BRIEF (Docs. 4, 15)<br><br>**DATE OF HEARING: MAY 23, 2008**<br>**TIME:          9:30 A.M.**<br>**COURTROOM:      7**<br><br>DATE TO FILE DECLARATION RE: CAUSE: MAY 23, 2008 |

　　Plaintiff, Garth Noli Crane, who is proceeding in forma pauperis and without counsel, seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the Magistrate Judge to conduct all further proceedings, including the entry of a final judgment.

　　On July 6, 2007, Plaintiff filed the complaint in the instant action; the administrative record was lodged by Defendant on January 8, 2008. Pursuant to the Court's scheduling order,

1

which was served on Plaintiff on July 25, 2007, Plaintiff was directed to file an opening brief ninety-five days after the Defendant filed the administrative record, or sixty-five days after Plaintiff served on Defendant a confidential letter brief. Thus, Plaintiff/Appellant's opening brief was due to be filed with the Court on or about ninety-five days after January 8, 2008, or by April 13, 2008. However, two weeks have passed since the due date, and Plaintiff has neither filed an opening brief nor sought an extension of time in which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991). Plaintiff's failure timely to file an opening brief may result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. This matter IS SET for hearing, at which Plaintiff SHALL APPEAR, on Friday, May 23, 2008, at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, for consideration of dismissal for lack of prosecution and failure to obey an order of the Court; and

2. If Plaintiff has any reasons why this action should not be dismissed, Plaintiff SHALL SUBMIT them by sworn declaration of facts no later than May 16, 2008; this declaration, to which Plaintiff may append a supporting memorandum of law, shall include (A) an explanation of the lack of activity in this case, and (B) shall list each specific step Plaintiff plans to take to prosecute this case, and particularly to proceed to serve and

```
```


file an opening brief; and

    3. Plaintiff IS INFORMED that the failure to respond to this order will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   April 29, 2008**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE