UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH NOLI CRANE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:07-cv-00967-SMS<br><br>ORDER VACATING HEARING PREVIOUSLY SET FOR MAY 23, 2008, ON ORDER TO SHOW CAUSE (Doc. 16)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 16)<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET TO REFLECT THE FILING OF THE OPENING BRIEF (DOC. 17)<br><br>ORDER GRANTING THE PARTIES EXTENSIONS OF TIME TO FILE BRIEFS |

    Plaintiff, Garth Noli Crane, who is proceeding pro se and in forma pauperis and without counsel, seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the Magistrate Judge to conduct all further proceedings, including the entry of a final judgment.

    On April 30l 2008, the Court issued and served an order to Plaintiff to show cause why the matter should not be dismissed

1

for Plaintiff's failure to file a timely opening brief.

On May 19, 2008, Plaintiff filed a declaration explaining his difficulty as a lay person in filing an opening brief. Along with, and as part of, the declaration, Plaintiff filed an opening brief.

Because Plaintiff has responded to the Court's order to show cause and has set forth facts demonstrating an excuse for Plaintiff's untimely opening brief, Plaintiff will not be required to appear in Court.

The order to show cause that issued on April 30, 2008, IS DISCHARGED, and the hearing on the order to show cause, previously set for May 23, 2008, IS VACATED.

The Court has reviewed the opening brief. It lacks a comprehensive statement of the medical evidence, but it sets forth issues and argument that appear to be sufficient to permit a meaningful response by Defendant. Accordingly, the Court accepts its filing.

Accordingly, the Clerk IS DIRECTED to update the docket to reflect that Document number 17, filed by Plaintiff on May 19, 2008, includes Plaintiff's opening brief.

However, in light of the proceedings in this case, the Court will sua sponte extend the deadlines for the filing of the remaining briefs.

Because Defendant will not have any guidance by Plaintiff with respect to the statement of facts and pinpointed references to medical evidence, the Court will sua sponte grant to Defendant forty-five days from the date of service of this order within which to file Defendant's brief.

2

1 | Further, in light of Plaintiff's pro se status and the
2 | difficulties experienced by Plaintiff in what is apparently a
3 | good faith effort to proceed in compliance with the applicable
4 | rules and orders, the Court will grant to Plaintiff thirty days
5 | after the date of service of Defendant's brief within which to
6 | file the optional reply brief, should Plaintiff choose to file a
7 | reply brief.
8 | Plaintiff IS INFORMED that a failure to comply with the
9 | Court's orders may result in dismissal of the case. Specifically,
10 | should Plaintiff need additional time to file a reply brief,
11 | Plaintiff IS DIRECTED to file an application for additional time
12 | before the deadline for filing the reply brief has passed.

IT IS SO ORDERED.

**Dated:   May 21, 2008**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE